KAMER ZUCKER ABBOTT
Scott M. Abbott        #4500
Jen J. Sarafina        #9679
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel:  (702) 259-8640
Fax:  (702) 259-8646

Attorneys for Defendant
Allegiant Air, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN ESCALANTE, an individual, | Case No. 2:09-cv-01875-HDM-PAL |
| Plaintiff, | |
| vs. | |
| ALLEGIANT AIR, LLC, a Nevada Limited Liability Company; DOES 1 through 10, inclusive; ROE CORPORATION ENTITIES 1 through 10, inclusive, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

Pursuant to 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear its own attorneys' fees and costs, except as otherwise agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREFORE, the parties respectfully request that this matter be dismissed *with*
2  *prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.
3  DATED this 6th day of May, 2010.

4  ESTEBAN-TRINIDAD LAW, PC                    KAMER ZUCKER ABBOTT

6  By:  /s/ M. Lani Esteban-Trinidad           By:  /s/ Scott M. Abbott
7       M. Lani Esteban-Trinidad   #6433            Scott M. Abbott        #4500
        4315 North Rancho Drive, Suite 110           Jen J. Sarafina        #9769
8       Las Vegas, Nevada 89145                      3000 West Charleston Blvd., Suite 3
        Tel:  (702) 736-5297                         Las Vegas, Nevada 89102-1990
9       Fax:  (702) 736-5299                         Tel: (702) 259-8640
                                                     Fax: (702) 259-8646
10      Attorney for Plaintiff
                                                     Attorneys for Defendant
11                                                   Allegiant Air, LLC

13                              **ORDER**

14      **IT IS SO ORDERED.**

16  DATE: _____    _____
                                     UNITED STATES DISTRICT COURT JUDGE